UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY )<br>a/s/o FREIGHTQUOTE.COM )<br>)<br>Plaintiff, )<br>)<br>v. )<br>ROADWAY EXPRESS, INC. and )<br>YRC WORLDWIDE INC. )<br>)<br>Defendants. ) | Docket No.: 07-CV-3552<br><br>DEFENDANTS' RULE 7.1<br>STATEMENT |

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL FOR DEFENDANTS, ROADWAY EXPRESS, INC. and YRC WORLDWIDE INC., STATES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTIES.

See attached listing.

                      NOWELL AMOROSO KLEIN BIERMAN, P.A.

                      By: s/ William D. Bierman
                      William D. Bierman (WB – 8955)
                      155 Polifly Road
                      Hackensack, New Jersey 07601
                      Telephone:   (201) 343-5001
                      Facsimile:   (201) 343-5181
                      E-mail: wbierman@nakblaw.com

Date:

## FRCP RULE 7.1 DISCLOSURE STATEMENT ATTACHMENT

## ROADWAY EXPRESS, INC. IS A SUBSIDIARY OF YRC WORLDWIDE

## YRC WORLDWIDE LIST OF SUBSIDIARIES

Yellow Transportation

Roadway

Reimer Express

YRC Regional Transportation

New PennMotor Express

USF Holland

USF Reddaway

USF Bestway

USF Glen Moore

Meridian IQ

USF Logistics

YRC Worldwide Technologies

## YELLOW ROADWAY CORPORATION AND SUBSIDIARIES

Yellow Roadway Corporation

Yellow Transportation, Inc.

YRC Mortgages, LLC.

Yellow Roadway Receivables Funding Corporation

YRC International Investments, Inc.

Yellow Roadway Technologies, Inc.

YRC Enterprise Services, Inc.

OPK Insurance Co. Ltd.

Roadway LLC.

Express Lane Service, Inc.

YRC Yellow, LLC.

Mission Supply Company

Yellow Relocation Services, Inc.

YGPS (EU) Limited

Meridian IQ, Inc.

Roadway Express, Inc. (US)

Integres Global Logistics, Inc.

Roadway Next Day Corporation

Yellow Transportation of Ontario, Inc.

Yellow Transportation of British Columbia, Inc.

YRC Transportation S.A. de C.V.

GPS Logistics (EU) Limited

Meridian IQ LA, S.R.L.

M.O. LLC.

Roadway Express International, Inc.

Roadway Express S.A. de C.V. (Mexico)

Reiner Finance, LP.

New Penn Motor Express, Inc.

YRC Services, S. de R.L. de C.V.

Meridian IQ (UK) Limited

Globe.Com Lines, Inc.

Transcontinental Lease S de R.L. de C.V.

Meridian IQ, B.V. REN

Reiner Express Lines, Ltd. (Canada)

Roadway Reverse Logistics, Inc.