AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Fireman's Fund Insurance
Company a/s/o Freightquote.com

    Plaintiff,

v.

Roadway Express, Inc. and
YRC Worldwide, Inc.,

    Defendants.

**APPEARANCE**

Case Number: 07-cv-3552

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, Roadway Express, Inc. and YRC Worldwide, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/6/2007 | /s/ William D. Bierman |
| Date | Signature |
| | William D. Bierman  (WB - 8955) |
| | Print Name / Bar Number |
| | 155 Polifly Road |
| | Address |
| | Hackensack, NJ 07601 |
| | City / State / Zip Code |
| | (201) 343-5001   (201) 343-5181 |
| | Phone Number / Fax Number |