# NOWELL AMOROSO KLEIN BIERMAN, P.A.
## COUNSELLORS AT LAW

DANIEL C. NOWELL
HENRY J. AMOROSO
HERBERT C. KLEIN
WILLIAM D. BIERMAN†
VICTOR J. HERLINSKY, JR.
ANTHONY PANTANO*
DAVID EDELBERG*
LINDA DUNNE
MICHAEL J. PALMA*◻
MICHAEL J. NOONAN
WILLIAM C. SOUKAS*
BRADLEY M. WILSON†
JOHN R. LLOYD◻
THOMAS C. MARTIN†

RICK A. STEINBERG *◻
STEEVE J. AUGUSTIN
JOSEPH S. SHERMAN
   COUNSEL

155 POLIFLY ROAD
HACKENSACK, NEW JERSEY 07601
(201) 343-5001
Facsimile: (201) 343-5181

E-Mail: nakblaw.com

New York Office
PMB 46028
140 Broadway
New York, NY 10005
(212) 858-7710
Facsimile: (212) 858-7750

DENISE T. O'DONNELL*
TIMOTHY J. BARTZOS
GREGORY K. ASADURIAN
ROMAL D. BULLOCK
JOHN P. MARZOLLA*
ANTHONY J. MARCHESE*
DAVID J. LEE*
YANA CHECHELNITSKY*

ARTHUR MINUSKIN
ANTHONY J. FRESE
KAREN A. PASSARO
JOHN G. HUDAK
   OF COUNSEL

* Also Admitted in NY
† Also Admitted in the
   Federal Courts in NY
◻ Also Admitted in PA

November 8, 2007

<u>*VIA CM/ECF AND FIRST CLASS MAIL*</u>
Clerk,
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    Fireman's Fund Insurance Company a/s/o Freightquote.com v.
               Roadway and YRC Worldwide, Inc.
               Case No.: 07 CV 3552 (LAP)
               Our File No.: 4652.009

Dear Sir/Madam:

    This firm represents Defendants Roadway and YRC Worldwide, Inc. in relation to the above-captioned matter. Enclosed please find a Stipulation of Discontinuance which has been executed by counsel for Plaintiff and Defendants, together with the Notice of Electronic Filing of today's date.

    We thank the Court for its attention to this matter.

                                      Very truly yours,

                                      Nowell Amoroso Klein Bierman, P.A.
                                      /s/ Thomas C. Martin

                                      Thomas C. Martin

TCM/bb
Enclosure
Cc: William Mullin, Esq. (w/encl.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY a/s/o/
FREIGHTQUOTE.COM,

                        Plaintiff,      Case No.07 CV 3552 (LAP)

   -against-                           STIPULATION OF
                                            DISCONTINUANCE
ROADWAY and YRC WORLDWIDE, INC.,

                        Defendant (s).
------------------------------------------------------------X

      In consideration of the settlement of this lawsuit, plaintiff and defendants hereby agree and stipulate that this action shall be discontinued and plaintiff's action is discontinued with prejudice.

Graham, Miller, Neandross,              Nowell Amoroso Klein & Bierman
Mullin & Roonan, LLC.
Attorneys for the Plaintiff                  Attorneys for the Defendant (s)
32 Broadway – Suite 1800                  155 Polifly Road
New York, New York 10004                Hackensack, New Jersey 07601

by _____               by:_____
    William Mullin (WM-5318)                       Thomas Martin

DATED: 11/8 , 2007

SO ORDERED:


_____
U.S.D.J.