```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY a/s/o/
FREIGHTQUOTE.COM,

                                         Plaintiff,      Case No.07 CV 3552 (LAP)

        -against-                              STIPULATION OF
                                                               DISCONTINUANCE

ROADWAY and YRC WORLDWIDE, INC.,

                                         Defendant (s).
-----------------------------------------------------------------X

        In consideration of the settlement of this lawsuit, plaintiff and defendants hereby agree and stipulate that this action shall be discontinued and plaintiff's action is discontinued with prejudice.

| | |
|---|---|
| Graham, Miller, Neandross,<br>Mullin & Roonan, LLC.<br>Attorneys for the Plaintiff<br>32 Broadway – Suite 1800<br>New York, New York 10004 | Nowell Amoroso Klein & Bierman<br><br>Attorneys for the Defendant (s)<br>155 Polifly Road<br>Hackensack, New Jersey 07601 |
| by _William Mull_<br>William Mullin (WM-5318) | by _Thomas C. Martin_<br>Thomas Martin |

DATED: 11/8 , 2007

SO ORDERED:

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_Loretta A. Preska_
L. A. PRESKA, U.S.D.J.

February 21, 2008

_____
U.S.D.J.